**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**CHRIS NANNY,**

    Plaintiff,

**-vs-**

        **CASE NO.    3:12-CV-172**

        **Judge Timothy S. Black**
        **Magistrate Judge Michael J. Merz**

**SHERIFF JAMIE KINMAN,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge (Doc. 4) is **ADOPTED**; the Petition (Doc. 1) is **DISMISSED** without prejudice, and that the case is **TERMINATED** from the docket of the Court.

Date:  July 27, 2012                  **JAMES BONINI, CLERK**

                                        By: *s/ M. Rogers*
                                        Deputy Clerk